## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**CHRIS WALTERS,**

**Plaintiff,**

**vs.**                                                  **4:00cv293-WS**

**KENNETH S. APFEL, Commissioner,**
**Social Security Administration,**

**Defendant.**
_____/

### O R D E R

This cause is before the court upon transfer from the United States District

Court, District of Columbia (Washington). Pending is Plaintiff's complaint for

judicial review of the final decision of the Commissioner. The Commissioner has

been served and the Defendant will now be required to respond to the Complaint.

Accordingly, it is **ORDERED:**

1. Defendant shall have until **October 16, 2000,** in which to file a response

to the complaint. After a response to the complaint has been filed by the

defendant, the Plaintiff shall be required to mail to the attorney for the Defendant a

ENTERED ON DOCKET 8/15/00 BY kc
[Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP]
Copies mailed to: Walters, Padda

U.S. ... ICT
... FLA
... FL.

00 AUG 15 PM 3: 44

kc

2

copy of every pleading or other paper, including letters, submitted for consideration

by the court.  The Plaintiff shall include with the original paper to be filed with the

clerk of court a "certificate of service" which states the date a correct copy of the

paper was mailed to each Defendant or to the attorney representing each

Defendant.  Any paper submitted for filing after a response to the complaint has

been filed by the Defendants that does not contain a "certificate of service" shall be

returned by the clerk and disregarded by the court.

2.  The Clerk of Court is directed to return this file to the undersigned no

later than **October 16, 2000.**

**DONE AND ORDERED** this $\underline{15^{th}}$ day of August, 2000.

**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

2